**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN OHIO DISTRICT
EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **v.**                                     **Case No. CR-2-08-153
JUDGE GREGORY FROST**

**LEEARL M. CHAPMAN,**

    **Defendant.**

**ORDER REVOKING SUPERVISED RELEASE AND IMPOSING SENTENCE**

This matter came on for a hearing this 22nd day of April, 2015 upon the Petition to Revoke the Defendant's Supervised Release Status. Defendant, Counsel for Defendant, and Counsel for the Government appeared.

At the hearing, Defendant admitted to violating:

Mandatory Condition No. 3: The defendant shall refrain from any unlawful use of a controlled substance.

Special Condition No. 4: The defendant shall serve the first six (6) months of supervised release at the Alvis House.

Standard Condition No. 3: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

Mandatory Condition No. 1: The defendant shall not commit another federal, state, or local crime.

Standard Condition No. 9:  The defendant shall not associate with any persons engaged

      in criminal activity and shall not associate with anyone convicted of a felony, unless granted permission to do so by the probation officer.

The Court accepted the admissions.

The Court thereafter proceeded with sentencing. Pursuant to the United States Sentencing Guidelines (U.S.S.G.) 7B1.1(a)(2), Defendant has been found guilty of violating two Standard Conditions of Supervised Release, two Mandatory Conditions of Supervised Release, and One Special Condition of Supervised Release, which conduct represents a Grade B violation.     Based on a Grade B violation and criminal history category III, the advisory guideline imprisonment range for revocation purposes is 21 to 27 months. See U.S.S.G. 7B1.4(a).

Relying upon the foregoing, the facts of this case, and the 18 U.S.C. 3553(a) factors, the Court orders that Defendant's supervised release be revoked and the Court sentences Defendant to sixteen (16) months imprisonment. The sixteen (16) month term of imprisonment shall be served concurrently with the term of imprisonment imposed in Case No. 2:11-cr-63(6). Upon completion of the sentence Defendant shall not be required to serve a term of Supervised Release in this case.

After sentencing, the Defendant acknowledged his rights on appeal.

Defendant was remanded to the custody of the United States Marshal's Service.

**IT IS SO ORDERED.**

                                                       s/   Gregory L. Frost
                                                **GREGORY L. FROST, JUDGE**
                                                **UNITED STATES DISTRICT COURT**